**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JACK RUSSELL,**

                 **Plaintiff,**

    - against -

**CITY OF NEW YORK ET AL.,**

                 **Defendants.**

---

**20-cv-9988 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The parties should report back to the Court after the conclusion of the procedures contemplated by the Section 1983 plan pursuant to Local Civil Rule 83.10, and in any event, no later than August 30, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 24, 2021**

                                     /s/ John G. Koeltl
                                        **John G. Koeltl**
                         **United States District Judge**