UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK RUSSELL,

                Plaintiff,

- against -

CITY OF NEW YORK ET AL.,

                Defendants.

20-cv-9988 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **May 14, 2021**.

SO ORDERED.

Dated:    New York, New York
          April 28, 2021

                                      _____
                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____